Jonathan Evans (CA Bar No. 247376)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
Telephone: (510) 844-7118
Facsimile: (510) 844-7150
Email: jevans@biologicaldiversity.org

ROBERT UKEILEY
Admitted *Pro Hac Vice*
Law Office of Robert Ukeiley
255 Mountain Meadows Road
Boulder, CO 80302
Tel: (303) 442-4033
Email: rukeiley@igc.org

Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY and, CENTER FOR ENVIRONMENTAL HEALTH**,<br><br>   **Plaintiffs**,<br><br>          v.<br><br>**GINA McCARTHY,**<br>**in her official capacity as Administrator of the United States Environmental Protection Agency,**<br><br>   **Defendant**. | Case No. 4:16-cv-05492-TEH<br><br>**PROOF OF SERVICE OF PROCESS** |

1  I, Russell Howze, certify and declare as follows:

2      At the time of service I was at least 18 years of age and not a party to this

3  action.

4      My address is 1212 Broadway, Suite 800, Oakland, CA 94612, which is

5  located in the county where the mailing described below took place.

6      Pursuant to Federal Rule of Civil Procedure 4(i)(1)-(2), on September 30,

7  2016, I served copies of the documents described as:

8          a.   COMPLAINT FOR DECLARATORY AND INJUNCTIVE

9  RELIEF;

10         b.   CIVIL COVER SHEET;

11         c.   PROPOSED SUMMONS;

12         d.   CERTIFICATE OF INTERESTED PARTIES AND

13 CORPORATE DISCLOSURE;

14         e.   ORDER SETTING INITIAL CASE MANAGEMENT

15 CONFERENCE AND ADR DEADLINES; and

16         f.   SUMMONS IN A CIVIL ACTION, ISSUED TO GINA

17 McCARTHY

18 on all interested parties in this action by placing true and correct copies thereof in

19 sealed envelopes, with first-class postage prepaid thereon and with return receipts

20

4:16-cv-05492-TEH
Proof of Service of Process
2

1  attached, and sent the copies by certified United States Mail in Oakland,
2  California, addressed to:
3   a. Gina McCarthy, Environmental Protection Agency, Office of
4  the Administrator, 1101A, 1200 Pennsylvania Ave., NW, Washington, DC 20460;
5   b. Loretta E. Lynch, U.S. Attorney General, U.S. Department of
6  Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001; and
7   c. Brian Stretch, United States Attorney, United States Attorney's
8  Office, Northern District of California, 450 Golden Gate Avenue, San Francisco,
9  CA 94102.
10   d. Civil Process Clerk, United States Attorney's Office, Northern
11  District of California, 450 Golden Gate Avenue, San Francisco, CA 94102.
12  The return receipt for Gina McCarthy, EPA Office of the Administrator,
13  indicates that her office received the documents on October 4, 2016.  The return
14  receipt for Loretta Lynch and the United States Department of Justice indicates
15  that they received the documents on October 5, 2016.  The USPS tracking number
16  for the service of process documents for Brian Stretch and the U.S. Attorney's
17  Office for the Northern District of California indicate that the documents were
18  received on October 3, 2016.
19  On October 18, 2016, I served copies of this PROOF OF SERVICE OF
20  PROCESS and SUMMONS RETURN EXECUTED [Proof of Service of

1  Summons in a Civil Action] on the parties listed in paragraphs a-c above by
2  placing true and correct copies thereof in addressed sealed envelopes, with first-
3  class postage prepaid thereon in Oakland, California.
4      I, the undersigned, declare under penalty of perjury under the laws of the
5  United States of America that the foregoing is true and correct.
6  Executed on October 18, 2016, at Oakland, California.

*/s/ Russell Howze*

Russell Howze
Paralegal
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
Telephone: (510) 844-7100
Facsimile: (510) 844-7150
rhowze@biologicaldiversity.org

4:16-cv-05492-TEH
Proof of Service of Process
4









