JEFFREY H. WOOD
Acting Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
LESLIE M. HILL (D.C. Bar No. 476008)
Leslie.Hill@usdoj.gov
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C.  20004
Telephone (202) 514-0375
Facsimile (202) 514-8865

*Attorneys for Defendant*

[additional counsel in signature block]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT PRUITT, in his official capacity as the Administrator of the United States Environmental Protection Agency, <br><br> Defendant. | Case No. 3:16-cv-5492-TEH <br><br> **JOINT STIPULATION TO EXTEND DEADLINE FOR FILING REPLY IN SUPPORT OF EPA'S CROSS-MOTION FOR SUMMARY JUDGMENT AND [PROPOSED] ORDER** |

Pursuant to Civil L.R. 6-1(b), Plaintiffs Center for Biological Diversity and Center for Environmental Health and Defendant Scott Pruitt, in his official capacity as Administrator of the United States Environmental Protection Agency ("EPA"), hereby stipulate to and request that Court enter an order to extend the deadline for EPA to file its Reply In Support of EPA's Cross-Motion for Summary Judgment from August 17, 2017 to August 24, 2017.  On February 27, 2017, pursuant to the parties' request for the briefing schedule as set forth in their Joint Case Management Statement (Dkt. No. 32), the Court set the following schedule:

| Deadline | Due Date |
|---|---|
| EPA's Combined Opposition to Plaintiffs' Motion for Summary Judgment and Cross-Motion for Summary Judgment | July 13, 2017 |
| Plaintiffs' Combined Reply in Support of Plaintiffs' Motion for Summary Judgment and Opposition to EPA's Cross-Motion for Summary Judgment | August 3, 2017 |
| EPA's Reply in Support of EPA's Cross-Motion for Summary Judgment | August 17, 2017 |
| Hearing | September 11, 2017 |

The date set for EPA's reply brief, August 17, 2017, conflicts with EPA counsel's recently scheduled vacation. Therefore, the parties respectfully request to reset the deadline to August 24, 2017. This extension will not alter the date of the hearing on the parties' cross-motions for summary judgment set for September 11, 2017 or any other event or deadline already fixed by Court order. *See* Declaration of Leslie M. Hill (attached as Exhibit A).

Therefore, the parties respectfully request that the Court enter an order resetting the deadline for EPA to file its Reply In Support of EPA's Cross-Motion for Summary Judgment to August 24, 2017.

//
//
//
//
//
//
//
//
//

Respectfully submitted,

Date: June 20, 2017

        JEFFREY H. WOOD
Acting Assistant Attorney General
Environment and Natural Resources Division

/s/ Leslie M. Hill
LESLIE M. HILL (D.C. Bar No. 476008)
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C. 20004
Leslie.Hill@usdoj.gov
Telephone (202) 514-0375
Facsimile (202) 514-8865

*Attorneys for Defendant*


/s/ Robert Ukeiley (email authorization 6/20/17)
Robert Ukeiley, Admitted *Pro Hac Vice*
Law Office of Robert Ukeiley
255 Mountain Meadows Road
Boulder, CO 80302
Telephone (303) 442-4033
Email: rukeiley@igc.org

Jonathan Evans (Cal. Bar #247376)
Center for Biological Diversity
351 California St., Suite 600
San Francisco, CA 94104
Phone: 415-436-9682 x318
Fax: 415-436-9683
email: jevans@biologicaldiversity.org

*Attorneys for Plaintiffs*

# [PROPOSED] ORDER

Pursuant to Stipulation and for good cause shown, the Order Setting Schedule (Dkt. No. 22) is hereby revised as follows:

| Deadline | Due Date |
| --- | --- |
| EPA's Combined Opposition to Plaintiffs' Motion for Summary Judgment and Cross-Motion for Summary Judgment | July 13, 2017 |
| Plaintiffs' Combined Reply in Support of Plaintiffs' Motion for Summary Judgment and Opposition to EPA's Cross-Motion for Summary Judgment | August 3, 2017 |
| EPA's Reply in Support of EPA's Cross-Motion for Summary Judgment | August 24, 2017 |
| Hearing | September 11, 2017 |

**IT IS SO ORDERED.**

DATED this 21st day of June, 2017.

THELTON E. HENDERSON
United States District Judge